191 So.2d 372

**John L. ADAMS**

**v.**

**STATE.**

**3 Div. 252.**

Supreme Court of Alabama.

Oct. 27, 1966.

John C. Walters, Troy, for petitioner.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., opposed.

LAWSON, Justice.

Petition of John L. Adams, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Adams v. State, 43 Ala.App. 281, 189 So.2d 354.

Writ denied.

LIVINGSTON, C. J., and GOODWYN and COLEMAN, JJ., concur.

195 So.2d 819

**Jessie ARGO**

**v.**

**STATE.**

**6 Div. 442.**

Supreme Court of Alabama.

Feb. 23, 1967.

Jessie Argo, pro se.

MacDonald Gallion, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., opposed.

LAWSON, Justice.

Petition of Jessie Argo for certiorari to the Court of Appeals to review and revise the judgment and decision in Argo v. State, 43 Ala.App. 553, 195 So.2d 818.

Writ denied.

LIVINGSTON, C. J., and GOODWYN and COLEMAN, JJ., concur.

195 So.2d 909

**Jessie Garvis ARGO**

**v.**

**STATE.**

**6 Div. 446.**

Supreme Court of Alabama.

March 2, 1967.

Jessie Garvis Argo, pro se.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., opposed.

HARWOOD, Justice.

Petition of Jessie Garvis Argo for certiorari to the Court of Appeals to review and revise the judgment and decision in

**707**